IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER L. KIBBE, )
)
               Petitioner, )
)
vs. ) No. CIV-14-882-C
)
MIKE MULLIN, Warden, )
)
               Respondent. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Amended Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on September 16, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation and Amended Report and Recommendation (Dkt. Nos. 15 & 16) of the Magistrate Judge are adopted and the petition for writ of habeas corpus is denied. A judgment shall enter accordingly.

IT IS SO ORDERED this 21st day of October, 2015.

ROBIN J. CAUTHRON
United States District Judge